IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

WENDY L. PAINTER,

     Plaintiff,

v.           Case No. 2:19-cv-02336-DDC-ADM

MIDWEST HEALTH, INC.,
A Kansas Corporation, d/b/a,
Pioneer Ridge Health and
Rehabilitation,

     Defendant.

## STIPULATION REGARDING DISCOVERY
## AFTER CLOSE OF DISCOVERY PERIOD

  Undersigned counsel, by and on behalf of the parties stipulate that the Plaintiff will take the deposition of one or more corporate representatives of Defendant Midwest Health, Inc. on July 28, 2020 at 10:00 a.m. at the offices of Sloan, Eisenbarth, Glassman, McIntyre and Jarboe, L.L.C., 534 S. Kansas Avenue, Suite 1000, Topeka, Kansas 66603.

  Counsel recognize that the Second Amended Scheduling Order set a deadline for completion of discovery of July 24, 2020. (ECF 35) This deposition was originally noticed for July 24, 2020. However, one or more of the corporate representatives to be deposed had scheduling commitments that precluded an appearance on that date. Counsel anticipate no further formal discovery events after the discovery deadline. But, counsel stipulate that they will endeavor to comply with informal requests for documents and to produce any document required to be produced within the meaning of Fed. R. Civ. P. 26(e) before the Pretrial Conference, or thereafter.

           Respectfully submitted,

*/s/ Theodore J. Lickteig*        */s/ Stephen D. Lanterman*
Theodore J. Lickteig          Stephen D. Lanterman

1

2

| | |
|---|---|
| Kan. Bar No. 12977 | Kan. Bar No. 18844 |
| Lickteig Law Firm | The Sloan Law Firm |
| 12760 West 87th Street, Suite 112 | 534 S. Kansas Avenue, Suite 1000 |
| Lenexa, Kansas 66215-2878 | Topeka, Kansas 66603 |
| 913-894-1090 | 785-357-6311 |
| tjllawoffice@planetkc.com | slanterman@sloanlawfirm.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |