## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WENDY L. PAINTER,<br><br>    Plaintiff,<br><br>v.<br><br>MIDWEST HEALTH, INC.,<br><br>    Defendant. | Case No. 19-2336-DDC-ADM |

### **ORDER**

The Second Amended Scheduling Order required the parties to submit their proposed pretrial order by July 31, 2020, in advance of the pretrial conference on August 7. (ECF No. 35.) The parties did not submit a proposed pretrial order until August 5. The proposed pretrial order reveals that plaintiff Wendy L. Painter now seeks to add Pioneer Ridge Nursing Facility Operations, LLC as a defendant, and defendant Midwest Health, Inc. opposes the amendment.

Given the parties' late submission of the proposed pretrial order and in order to allow a full and fair opportunity to resolve the parties' dispute regarding plaintiff's proposed amendment, the court orders briefing on plaintiff's motion to amend and continues the pretrial conference. Plaintiff's motion to amend is due on or before **August 12, 2020**, and is limited to ten pages. Rather than attach the proposed amended pleading required by the court's local rules, plaintiff is directed to attach to her motion a revised draft pretrial order with the language she would propose to add to the pretrial order if the court allows the proposed amendment highlighted in yellow. Defendant's response is due on or before **August 19, 2020**, and is limited to ten pages. Plaintiff's reply is due on or before **August 21, 2020**, and is limited to three pages.

The court resets the pretrial conference for **August 26, 2020 at 9:00 a.m.** by telephone (888-363-4749; access code 3977627) before Magistrate Judge Angel D. Mitchell.

**IT IS SO ORDERED.**

Dated August 6, 2020, at Topeka, Kansas.

                                                s/ Angel D. Mitchell
                                                Angel D. Mitchell
                                                U.S. Magistrate Judge