# EXHIBIT

# 1

# SLOAN, EISENBARTH, GLASSMAN, McENTIRE & JARBOE, L.L.C.

Arthur A. Glassman
James R. McEntire
Alan V. Johnson
Gregory A. Lee
Vernon L. Jarboe
*+Stephen D. Lanterman
Brian M. Jacques
Shaye L. Downing
Michael S. Heptig
Danielle N. Davey
Aaron R. Bailey
*Emily A. Hartz
Allison Maxwell Hibler
Kelly J. Trussell
Ryan M. Brungardt
Tai J. Vokins
Krystal L. Vokins

Retired:
Myron L. Listrom
Louis F. Eisenbarth
James W. Sloan
Martha A. Peterson

All admitted in Kansas
+Admitted in Nebraska
*Admitted in Missouri

Reply to Topeka Office

February 7, 2020

**VIA ELECTRONIC MAIL**

Theodore J Lickteig
Greystone Office Plaza, Suite 112
12760 W. 87th Street
Lenexa, KS  66215-2878

RE: *Defendant's Good Faith Counterproposal*
***Painter v. Midwest Health, Inc.***
*District of Kansas Case No. 19-02336-DDC-ADM*

Ted:

The defendant has received your letter of January 28, 2020 regarding the plaintiff's good faith settlement proposal. ▮▮▮▮▮▮▮▮

With that in mind, Ms. Painter was terminated because her employer (Pioneer Ridge Nursing Facility – not Midwest Health) believed that she "neglected patient care duties related to the health and physical comfort of a resident when she failed to follow a reasonable request from a family member related to the care of her father"

[Remainder of letter redacted]

Sloan Law Firm

Topeka Office:
534 S. Kansas Avenue
Suite 1000
Topeka, KS 66603-3456
(785) 357-6311
(785) 357-0152 (Fax)

Lawrence Office:
900 Massachusetts
Suite 200
PO Box 766
Lawrence, KS 66044
(785) 842-6311
(785) 842-6312 (Fax)

www.sloanlawfirm.com

EXHIBIT 17

███████████████████████████████████████

Given the facts and circumstances, there would appear to be no claim against Midwest Health and certainly a good faith basis for all of the actions taken by Pioneer Ridge Nursing Facility.

███████████████████████████████████████

Sincerely yours,

*[signature]*

Stephen D. Lanterman
slanterman@sloanlawfirm.com

cc:  Client

Sloan Law Firm

Topeka Office:

534 S. Kansas Avenue
Suite 1000
Topeka, KS 66603-3456
(785) 357-6311
(785) 357-0152 (Fax)

Lawrence Office:

900 Massachusetts
Suite 200
PO Box 766
Lawrence, KS 66044
(785) 842-6311
(785) 842-6312 (Fax)

www.sloanlawfirm.com