# EXHIBIT

# 2

# Business Entity Search

## Search Results

Searched: Pioneer Ridge

A maximum of 400 search results are displayed. Visit Helpful Hints if search assistance is needed.

Your search results are listed below. You may select a specific business to view more detailed information, as well as obtain a certificate or letter of good standing.

## Results

| Name | ID Number | Status |
|---|---|---|
| PIONEER RIDGE ASSISTED LIVING OPERATIONS, LLC | 3489465 | ACTIVE AND IN GOOD STANDING |
| PIONEER RIDGE CENTER OWNERS ASSOCIATION | 0774562 | ACTIVE AND IN GOOD STANDING |
| PIONEER RIDGE INDEPENDENT LIVING OPERATIONS, LLC | 4926192 | ACTIVE AND IN GOOD STANDING |
| PIONEER RIDGE INDEPENDENT LIVING, LLC | 4926184 | ACTIVE AND IN GOOD STANDING |
| PIONEER RIDGE NURSING FACILITY OPERATIONS, LLC | 3489549 | ACTIVE AND IN GOOD STANDING |
| PIONEER RIDGE PUB OPS, LLC | 5059910 | ACTIVE AND IN GOOD STANDING |
| PIONEER RIDGE, INC. | 0111047 | DISSOLVED |
| PIONEER RIDGE, L.L.C. | 2814895 | ACTIVE AND IN GOOD STANDING |