# EXHIBIT

# 14

 Careers at Midwest... 

**Home**   Reviews   Photos   Posts   Comm

 **Careers at Midwest Health**
posted a job.
Aug 12

Pioneer Ridge Health & Rehab is looking for a few great people to add to our staff. We are searching for CNAs, CMAs, LPNs, and RNs! Please visit us on... See More



CAREERS AT MIDWEST...
**RN / LPN / CNA / CMA**

APPLY NOW

CONFIDENTIAL                    WLP741