# EXHIBIT

# 15



# Certificate of Completion

Awarded to

## Wendy Painter, LPN

License # : 23-33792-041

for successfully completing

## Dealing with Documentation & Meeting Medicare Requirements

Presented by: Jessica Anderson, Corporate Education Nurse

Midwest Health Management, Inc. is an approved provider of continuing nursing education by the Kansas State Board of Nursing.
Provider # LT0257-1209; CNE Coordinator: Jessica Anderson, RN, BSN, MSN
Midwest Health Management, Inc., 3715 SW 29th Street, Topeka, KS 66614, 785/ 228-9911
**This course is approved for 2.5 contact hours for RNs & LPNs.**

Tuesday, March 9th, 2010, 2:00p.m. – 4:30p.m.
Pioneer Ridge Nursing Facility
4851 Harvard Road, Lawrence, KS 66049
Ph: 785/ 749-2000

Jessica Anderson, RN, BSN, MSN
Corporate Education Nurse, CNE Coordinator



# Certificate of Completion

Awarded to

## Wendy Painter, LPN

License #: 33792

for successfully completing

## Nursing Documentation: The Dos, the Don'ts, & the Rationale

Presented by: Jessica Anderson, RN, Corporate Education Nurse

Midwest Health is an approved provider of continuing nursing education by the Kansas State Board of Nursing.
Provider # LT0257-1209; CNE Coordinator: Jessica Anderson, RN, BSN, MN
Midwest Health, 3715 SW 29th Street, Topeka, KS 66614, 785/228-7911
**This course is approved for 2.5 contact hours for RNs & LPNs.**

***Pioneer Ridge Nursing Facility***
*Harvard Road, Lawrence, KS 66049*
*Ph: 785/749-2000*

*ursday, June 21, 2012: 9:00am – 11:30am*
*ursdar, June 21, 2012 : 12:30pm – 3:00pm*

Jessica Anderson, RN, BSN, MN
Corporate Education Nurse, CNE Coordinator



# Certificate of Completion

Awarded to

## Wendy Painter, LPN

License #: 23-33792-041

for successfully completing

## Nursing Documentation: The Dos, the Don'ts, & the Rationale

Presented by: Jessica Anderson, RN, Corporate Education Nurse

on December 17, 2013

*Midwest Health* is an approved provider of continuing nursing education by the Kansas State Board of Nursing. Provider # LT0257-1209; CNE Coordinator: Jessica Anderson, RN, BSN, MN

Midwest Health, 3715 SW 29th Street, Topeka, KS 66614, 785/228-7911

**This course is approved for 4.0 contact hours for RNs & LPNs.**

*[Mi]dwest Health Corporate Office*
*[...] SW 29th Street, Topeka, KS 66614*
*Ph: 785/228-7930*

Jessica Anderson

Jessica Anderson, RN, BSN, MN
Corporate Education Nurse, CNE Coor[dinator]



# Certificate of Completion

Awarded to

## Wendy Painter, LPN

License #: 23-33792-041

for successfully completing

## The Wonderful World of Wound Care

Presented by: Jessica Anderson, RN, CWCN, CNL

Midwest Health is an approved provider of continuing nursing education by the Kansas State Board of Nursing.
Provider # LT0257-1209. CNE Coordinator Jessica Anderson, RN, BSN, MN
Midwest Health, 3715 SW 29th Street, Topeka, KS 66614, 785/228-7911
**This course is approved for 8.0 contact hours for RNs & LPNs.**

**Midwest Health Corporate Office, Suite 50**
3715 SW 29th Street, Topeka, KS 66614
Ph: 785/215-5565

Tuesday, February 3, 2015: 8:30am – 4:30pm
Wednesday, February 4, 2015: 8:30am – 4:30pm
Monday, February 9, 2015: 8:30am – 4:30pm

Jessica Anderson, RN

Jessica Anderson, MSN, RN, CNL, CWCN
Corporate Education Nurse, CNE Coordi