IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

WENDY L. PAINTER,
                Plaintiff,

v.                                     Case No. 2:19-cv-02336-DDC-ADM

MIDWEST HEALTH, INC.,
And PIONEER RIDGE NURSING
FACILITY OPERATIONS, LLC,
                Defendants.

## SECOND STIPULATION REGARDING DISCOVERY
## AFTER CLOSE OF DISCOVERY PERIOD

Undersigned counsel, by and on behalf of the parties stipulate pursuant to Fed. R. Civ. P. 29 that the Plaintiff will take the deposition of James A. Klausman on December 2, 2020 at 10:30 a.m. at the offices of Sloan, Eisenbarth, Glassman, McIntyre and Jarboe, L.L.C., 534 S. Kansas Avenue, Suite 1000, Topeka, Kansas 66603.

Counsel recognize that the Third Amended Scheduling Order set a deadline for completion of discovery of November 20, 2020. (ECF 59) This deposition was originally noticed for November 20, 2020. However, the deponent contracted Corona Virus 19 and has needed time to recover from the virus. Counsel anticipate no further formal discovery events after the discovery deadline. But, counsel stipulate that they will endeavor to comply with informal requests for documents and to produce any document required to be produced within the meaning of Fed. R. Civ. P. 26(e) before the Pretrial Conference, or thereafter.

Respectfully submitted,

*/s/ Theodore J. Lickteig*                            */s/ Stephen D. Lanterman*
Theodore J. Lickteig                                   Stephen D. Lanterman
Kan. Bar No. 12977                                    Kan. Bar No. 18844
Lickteig Law Firm                                       The Sloan Law Firm
12760 West 87th Street, Suite 112             534 S. Kansas Avenue, Suite 1000

Lenexa, Kansas 66215-2878      Topeka, Kansas 66603
913-894-1090                                   785-357-6311
tjllawoffice@planetkc.com         slanterman@sloanlawfirm.com
*Attorney for Plaintiff*                  *Attorney for Defendants*

CERTIFICATE OF SERVICE

      I, Theodore J. Lickteig, hereby certify that I filed the above and foregoing with the Clerk of the Court on this 21th day of November, 2020 using the CM/ECF system, which will provide notice to the following:

Stephen D. Lanterman
Kelly J. Trussell
Sloan, Eisenbarth, Glassman, McIntyre and Jarboe, L.L.C.
534 S. Kansas Avenue, Suite 1000
Topeka, Kansas 66603
slanterman@sloanlawfirm.com
ktrussell@sloanlawfirm.com

                                                 */s/ Theodore J. Lickteig*