# United States District Court

-------------------------- DISTRICT OF KANSAS--------------------------

**WENDY L. PAINTER,**

        **Plaintiff,**

v.                                                  Case No. 19-2336-DDC

**MIDWEST HEALTH, INC.,
PIONEER RIDGE NURSING
FACILITY OPERATIONS, LLC
d/b/a Pioneer Ridge Health & Rehab,**

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**Plaintiff recovers nothing, the action is dismissed on the merits, and the defendants shall recover costs from plaintiff consistent with the Memorandum and Order (Doc. 101) filed on September 28, 2021.**

   09/28/2021                                         SKYLER B. O'HARA
        Date                                              CLERK OF THE DISTRICT COURT

                                                                 by:   s/ Megan Garrett
                                                                          Deputy Clerk