IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

WENDY L. PAINTER,

                Plaintiff,

v.                                        Case No. 2:19-cv-02336-DDC

MIDWEST HEALTH, INC.,
And PIONEER RIDGE NURSING
FACILITY OPERATIONS, LLC,
d/b/a Pioneer Ridge Health & Rehab,

                Defendants.

## NOTICE OF APPEAL

The Plaintiff Wendy L. Painter, by and through undersigned counsel, hereby gives notice of appeal to the United States Court of Appeals for the Tenth Circuit pursuant to Fed. R. App. P. 4(a)(1)(A) of each and every ruling adverse to her in the District Court's Memorandum and Order of September 28, 2021 and of the Judgment entered on September 28, 2021.

                                                      Respectfully submitted,

Date: October 26, 2021                         */s/ Theodore J. Lickteig*
                                                      Theodore J. Lickteig
                                                      Kan. Bar No. 12977
                                                      Lickteig Law Firm, LLC
                                                      12760 West 87th Street, Suite 112
                                                      Lenexa, Kansas 66215-2878
                                                      913-894-1090
                                                      tjllawoffice@planetkc.com
                                                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, Theodore J. Lickteig, hereby certify that I filed the above and foregoing by using the court's CM/ECF system on this 26th day of October, 2021, which will provide notice to:

Stephen D. Lanterman
Kelly J. Trussell

Sloan, Eisenbarth, Glassman, McEntire & Jarboe, L.L.C.
534 S. Kansas Avenue, Suite 1000
Topeka, Kansas 66603
slanterman@sloanlawfirm.com
ktrussell@sloanlawfirm.com
*Attorneys for Defendants*

                                        */s/ Theodore J. Lickteig*